UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHONG THANH NGUYEN,<br><br>  Petitioner,<br><br>  v.<br><br>BRUCE SCOTT, Warden, Northwest ICE Processing Center; CAMMILLA WAMSLEY, Enforcement and Removal Operations, Seattle Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security,<br><br>  Respondents. | Case No. 2:25-cv-01398<br><br>ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION |

Petitioner has filed a 28 U.S.C. § 2241 immigration habeas petition. Having reviewed the petition, the Court ORDERS:

(1) **Within 20 days of the date this Order is posted**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondents shall submit a memorandum of authorities

ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION - 1

in support of their position and should state whether an evidentiary hearing is necessary. Respondents shall also address whether a hearing should be set for no more than five days after the return, or if good cause requires additional time. 28 U.S.C. § 2243. Respondents shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner.

(2) Respondent(s) shall note the return for consideration no earlier than 5 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a reply no later than the noting date.

Dated this 21st day of August, 2025.

Tiffany M. Cartwright
United States District Judge