1

Hon. Tiffany M. Cartwright

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9    PHONG THANH NGUYEN,                          Case No. 2:25-cv-01398-TMC-SKV

10                          Petitioner,            STIPULATION FOR ORDER
                                                   EXTENDING TIME FOR FEDERAL
          v.                                       RESPONDENTS' RETURN TO
11                                                 PETITION; ORDER THREON
     BRUCE SCOTT, *et al*.,
12
                          Respondents.             (Note On Motion Calendar for:
13                                                  September 10, 2025)

14

15         WHEREAS on July 24, 2025, Petitioner Phong Thanh Nguyen filed this Petition for a

16   Writ of Habeas Corpus; and

17         WHEREAS pursuant to this Court's order on August 21, 2025 (Dkt. # 46), Federal

18   Respondents are required to file a return on September 10, 2025; and

19         WHEREAS the parties have exchanged settlement proposals that they believe will

20   possibly leave to a negotiated resolution of this Petition: and

21         WHEREAS the parties are mutually desirous of extending the Respondent's return date

22   to permit those negotiations to continue,

23

24

STIPULATION FOR ORDER EXTENDING TIME FOR FEDERAL            UNITED STATES ATTORNEY
RESPONDENTS' RETURN TO PETITION; ORDER THREON              700 STEWART STREET, STE. 5220
[Case No. 2:25-cv-01398-TMC-SKV] - 1                        SEATTLE, WA 98101
                                                              (206) 553-7970

1    NOW THEREFORE the Parties through their respective counsel of record do hereby

2  stipulate and agree that the Court may make and enter an order extending Federal Respondents'

3  date to file a return to the Petition until October 10, 2025.

4  SO STIPULATED.

5        DATED this 10th day of September, 2025.

6

7                    TEAL LUTHY MILLER
                     Acting United States Attorney

8                    *s/ Brian C. Kipnis*
                     BRIAN C. KIPNIS

9                    REBECCA S. COHEN, WSBA No. 31767
                     Assistant United States Attorneys

10                   United States Attorney's Office
                     Western District of Washington

11                   700 Stewart Street, Suite 5220
                     Seattle, WA 98101

12                   Email:  brian.kipnis@usdoj.gov
                               rebecca.cohen@usdoj.gov

13
                     *Attorneys for Respondents*

14  SO STIPULATED.

15        DATED this 10th day of September, 2025.

16

17                   */s/ Jennifer Pasquarella*
                     Jennifer Pasquarella (WA Bar No. 62205)

18                   Seattle Clemency Project
                     20415 72nd Ave South, Suite 1-415
                     Kent, WA 98032

19                   Telephone:  206.682.1114
                     jennie@seattleclemencyproject.org

20
                     STOEL RIVES LLP

21                   Tiffany Wang, WSBA No. 57367
                     600 University Street, Suite 3600 Seattle, WA 98101

22                   Telephone:  206.624.0900
                     tiffany.wang@stoel.com

23
                     *Attorneys for Petitioner*

24

STIPULATION FOR ORDER EXTENDING TIME FOR FEDERAL          UNITED STATES ATTORNEY
RESPONDENTS' RETURN TO PETITION; ORDER THREON             700 STEWART STREET, STE. 5220
[Case No. 2:25-cv-01398-TMC-SKV] - 2                      SEATTLE, WA 98101
                                                          (206) 553-7970

1

**ORDER**

2        It is so ordered.

3        Dated this 10th day of September, 2025.

4

5        _____

6        Tiffany M. Cartwright
         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION FOR ORDER EXTENDING TIME FOR FEDERAL          UNITED STATES ATTORNEY
RESPONDENTS' RETURN TO PETITION; ORDER THREON             700 STEWART STREET, STE. 5220
[Case No. 2:25-cv-01398-TMC-SKV] - 3                      SEATTLE, WA 98101
                                                          (206) 553-7970